Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COREY BAILEY, | Case No. 2:22-cv-02151-APG-VCF |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | Complaint Filed: 12/28/22 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Corey Bailey ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on December 28, 2022, and currently, Experian's responsive pleading is due January 19, 2023. (ECF No. 1.) The first extension will allow Experian an

opportunity to investigate the facts of this case and to avoid the incurrence of additional

attorneys' fees when this matter may be resolved shortly.  Plaintiff and Experian stipulate and

agree that Experian shall have an extension until February 9, 2023, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian

an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 10th day of January 2023.


NAYLOR & BRASTER                              PRICE LAW GROUP


By: */s/ Benjamin Gordon*                     By: */s/ Michael Yancey II*
    Jennifer L. Braster                        Michael Yancey II
    Nevada Bar No. 9982                         Nevada Bar No. 16158
    Benjamin B. Gordon                         5940 S Rainbow Blvd., Suite 3014
    Nevada Bar No. 15552                        Las Vegas, NV 89118
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145                    *Attorneys for Plaintiff Corey Bailey*

    Cheryl O'Connor
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*


**IT IS SO ORDERED.**


Dated this ___11th___ day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -