1  Michael Yancey III, NV # 16158
   **CONSUMER ATTORNEYS**
2  5940 S Rainbow Blvd, Suite 3014
   Las Vegas, NV 89118
3  P: (480) 573-9272
   F: (718) 715-1750
4  E: myancey@consumerattorneys.com
   *Attorney for Plaintiff*
5  *Corey Bailey*

6  **UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA**

7

8  COREY BAILEY,                          **Case No.: 2:22-cv-02151-APG-VCF**

9               Plaintiff,                STIPULATION OF DISMISSAL
                                          WITH PREJUDICE
10 v.

11 EXPERIAN INFORMATION
   SOLUTIONS, INC.
12
                Defendant.
13

14
       Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Corey Bailey and
15
   Defendant Experian Information Solutions, Inc. ("Experian"), by and through
16
   undersigned counsel, hereby stipulate that this action and all claims asserted therein
17
   be dismissed with prejudice as to Defendant Experian Information Solutions, Inc.,
18
   with attorneys' fees and costs to be paid as indicated in the parties' settlement
19
   agreement.
20

                                          1

|   |   |
|---|---|
| 1 | RESPECTFULLY SUBMITTED, |
| 2 | **CONSUMER ATTORNEYS** |
| 3  DATED: June 12, 2023 | */s/Michael Yancey, III* |
|   | Michael Yancey III, NV # 16158 |
| 4 | CONSUMER ATTORNEYS |
|   | 5940 S Rainbow Blvd, Suite 3014 |
| 5 | Las Vegas, NV 89118 |
|   | P: (480) 573-9272 |
| 6 | F: (718) 715-1750 |
|   | E: myancey@consumerattorneys.com |
| 7 | *Attorneys for Plaintiff* |
|   | *Corey Bailey* |
| 8 |   |
|   | **NAYLOR & BRASTER** |
| 9 |   |
|   | */s/Benjamin B. Gordon* |
| 10 | Benjamin B. Gordon |
|   | Nevada Bar No. 15552 |
| 11 | Jennifer L. Braster |
|   | Nevada Bar No. 9982 |
| 12 | 1050 Indigo Drive, Suite 200 |
|   | Las Vegas, NV 89145 |
| 13 | Telephone: (702) 420-7000 |
|   | jbraster@nblawnv.com |
| 14 | bgordon@nblawnv.com |
| 15 | Cheryl O'Connor |
|   | Nevada Bar No. 14745 |
| 16 | **JONES DAY** |
|   | 3161 Michelson Drive, Suite 800 |
| 17 | Irvine, CA 92612 |
|   | Telephone: (949) 553-7505 |
| 18 | coconnor@jonesday.com |
|   | *Attorneys for Defendant* |
| 19 | *Experian Information Solutions, Inc.* |
| 20 | IT IS SO ORDERED: |
|   | Dated: June 13, 2023 |

2

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE